MARC V. KALAGIAN
ATTORNEY AT LAW: 149034
ROHLFING & KALAGIAN, LLP
211 EAST OCEAN BLVD., SUITE 420
LONG BEACH, CA 90802
562/437-7006
FAX: 562/432-2935
Email: marckalagian_rohlfinglaw@hotmail.com

ATTORNEYS FOR PLAINTIFF

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

### WESTERN DIVISION

| | |
|---|---|
| GERALD M. CURRAN,<br><br>                Plaintiff,<br><br>        vs.<br>MICHAEL J. ASTRUE,<br>Commissioner of Social Security,<br><br>                Defendant. | ) Case No.: CV 09-1323 MLG<br>)<br>) [~~PROPOSED~~] ORDER AWARDING<br>) EQUAL ACCESS TO JUSTICE ACT<br>) ATTORNEY FEES PURSUANT TO<br>) 28 U.S.C. § 2412(d)<br>)<br>)<br>)<br>)<br>)<br>) |

Based upon the parties' Stipulation for the Award and Payment of Equal Access to Justice Act Fees, IT IS ORDERED that the Commissioner shall pay to Marc V. Kalagian, as Plaintiff's assignee and subject to the reservation of rights, the amount of TWO THOUSAND SIX HUNDRED DOLLARS ($2,600.00), as authorized by 28 U.S.C. § 2412(d), subject to the terms of the above-referenced Stipulation.

DATE:   March 3, 2010

_____
THE HONORABLE MARC L. GOLDMAN
UNITED STATES MAGISTRATE JUDGE

-1-